UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24071-CIV-UNGARO/O'SULLIVAN

EVANSTON INSURANCE COMPANY,
an Illinois corporation,

    Plaintiff,

v.

YOEL BOBCAT SERVICES, INC.,
A Florida corporation, and
GUSTAVO FUENTES,
an individual,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Motion to Compel Compliance with Subpoena Duces Tecum Directed to Non-Party, Cricket Pavers LLC (DE # 29, 2/8/19). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that on or before **Tuesday, February 26, 2019**, non-party, Cricket Pavers LLC, shall file a response to the Motion to Compel Compliance with Subpoena Duces Tecum Directed to Non-Party, Cricket Pavers LLC (DE # 29, 2/8/19). The defendant may file a response by the same date. **The failure of Cricket Pavers LLC to file a response may result in an Order granting the Motion**

**in its entirety**.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **12th** day of February, 2019.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Cricket Pavers LLC
c/o Ariel Grillo, as R.A.
12811 SW 209th Street
Miami, FL 33177